Hathaway Sprague Law, P.A.
P.O. Box 3005 (32315)
115 West Fourth Avenue
Tallahassee, FL 32303

Date:   SEP 15,2016

Ford, Hezekiah
2120 Fountain View Drive #9
Houston, TX 77057

Regarding:    Ford, Hezekiah
Invoice No:   01646

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| AUG 16,2016 | KAH | Attorney Review of Response to cure and multiple discussions with client re post petition arrearage and plan to cure | 0.75 | $295.00 | $221.25 |
| SEP 14,2016 | TMB | Drafting of Chapter 13 Plan First Modified - and discussion with client that payment increases with October 2016 payment | 1.00 | $95.00 | $95.00 |
| SEP 15,2016 | KAH | Attorney review of pleadings prior to filing | 0.20 | $295.00 | $59.00 |
| SEP 15,2016 | TMB | Drafting of Motion to Modify; Application for Compensation; Invoice for Atty Fees | 2.25 | $95.00 | $213.75 |
| SEP 15,2016 | TMB | Filing of pleadings and circulation of same | 1.00 | $95.00 | $95.00 |
| | | | | Total Fees | $684.00 |

## Expenses

| Start Date | Description | Quantity | Price | Charges |
|---|---|---|---|---|
| SEP 15,2016 | Circulation of Motion to Modify, Chapter 13 Plan First Modified, Application for Compensation and Invoice | 46.00 | $2.97 | $136.62 |
| SEP 15,2016 | Anticipated costs for circulation of Order Granting Modification of Plan | 46.00 | $0.97 | $44.62 |
| | | | Total Expenses | $181.24 |

Total New Charges                                           $865.24

Total Amount Due this Bill    $865.24